ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY 10 PM 2:23

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Julian Okeayainneh, c/o: 20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America    near    [75159],

                              **Plaintiff,**

**318 - CV 1195 - K**

CIVIL ACTION NO.
  **To Be Assigned By Court Clerk**

against.

**COMPLAINT**

**(Freedom of Information Act,
5 U.S.C. § 552 and Privacy Act, 5
U.S.C. § 552(a) )**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICES OF THE UNITED STATES
ATTORNEYS - FREEDOM OF INFORMATION AND
PRIVACY STAFF
600 EAST STREET, N.W., SUITE 7300
WASHINGTON, D.C. [20530-0001]

**and**

NATIONAL PERSONNEL RECORDS CENTER
1411 BOULDER BOULEVARD
VALMEYER, ILLINOIS [62295]

                              **Defendants./**


**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**


    **Comes now the Plaintiff, Julian Okeayainneh,** proceeding Pro se in the
above-entitled Cause of action and allege as follows:

1.    This is an action under the Freedom of Information Act, **5 U.S.C. § 552**
and in conjunction with the Privacy Act, **5 U.S.C. § 552(a),** for injunctive and
other appropriate relief and seeking the disclosure and release of agency
records improperly withheld from **Plaintiff** by the United States Department
of Justice, Executive Office for United States Attorneys **(EOUSA)** and The National
Personnel Records Center  **(NPRC).**

Page 1

Page 2
FOIA COMPLAINT

2.     From September 2017 to April 2018, the plaintiff initiated Freedom of Information Act/Privacy Act requests to the United States Department of Justice, Executive Office of the United States Attorneys (**EOUSA**) and to National Personnel Records Center (**NPRC**).

3.     After an agency receives a FOIA request, an agency has twenty (20) working days to comply with the request or immediately notify the requesting party that the request has been denied, the reasons for the denial and the right of the requester to appeal the adverse determination 5 **U.S.C. § 552(a)(6)(A)(i).**

4.     The Plaintiff filed appeals for each of his **FOIA** request's with the Office of Information Policy (**OIP**) because plaintiff was unsatisfied with the responses, or lack thereof, from the Justice Department - **EOUSA,** concerning the **FOIA** requests.

5.     Plaintiff also filed administrative appeals for **FOIA** request' to both locations for **NPRC,** because plaintiff was unsatisfied with the responses or lack thereof.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this matter pursuant to 28 **U.S.C. § 1331,** 5 **U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1346.**

7.     Venue is proper in this Court under 28 **U.S.C. § 1391, and 5 U.S.C. § 552(a)(4)(B)** because all of the events and omissions giving rise to this claim occurred in this judicial district. In addition, the plaintiff is housed at the Seagoville Correctional Complex-Low in Seagoville, Texas [75159], within this judicial district.

8.     Plaintiff, **Julian Okeayainneh,** is housed at the Seagoville Correctional Complex-Low [**In Care of Register Number: 20515112** ] in Seagoville, Texas [75159].

9.     Defendant, United States Department of Justice agency, Executive Offices of United States Attorneys (**EOUSA**) possesses the records and information at issue in this complaint, and exercises control over the records Plaintiff is seeking.

10.     Defendant, National Personnel Records Center possesses the records and information at issue in this complaint and exercises control over the records Plaintiff is seeking.

Page 3
FOIA COMPLAINT

## OVERVIEW

11.    On December 17, 2010, Plaintiff was arrested without an issued arrest warrant in the Central District of California, Riverside Division in the State of California and Extradicted to the District of Minnesota Under Criminal Complaint No. **MJ-10-557 (JSM)** and on March 08, 2011, was charged in a 57-count Indictment No. **0:11-CR-00087-MJD/JJK-1, now (0:11-CR-00087-MJD-HB-1)**, and has been in federal custody.

12.    After an eleven (11)-day trial in February of 2012, Plaintiff was found guilty by a jury on conspiracy to commit bank fraud and 25 substantive fraud-related counts. **Count 1 – Bank Fraud Conspiracy, in violation of 18 U.S.C. § 1349; eleven counts of bank fraud, in violation of 18 U.S.C. §§ 2, 1344 and 1349; six counts of mail fraud, in violation of 18 U.S.C. §§ 2, 1341 and 1349, two counts of wire fraud, in violation of 18 U.S.C. §§ 2, 1343 and 1349, four counts of aggravated identity theft in violation of 18 U.S.C. §§ 2 and 1028 A, one count of money laundering conspiracy in violation of 18 U.S.C. § 1956(H) and one count of trafficking in false authentication features in violation of 18 U.S.C. §§ 2 and 1028(a)(8) and (b)(1).**

13.    Plaintiff was sentenced to 324 months with all counts running concurrent on August 13, 2012.

14.    On November 25, 2014, the Eighth Circuit Court of Appeals, affirmed in part, reverse in part, and remand for further proceedings; Rehearing En banc was denied on January 27, 2015 and Writ of Certiorari was denied on April 20, 2015.

15.    Following remand, On December 22, 2015, Plaintiff was re-sentenced to 324 months with all counts running concurrent.

16.    On September 09, 2016, the Eighth Circuit Court of Appeals, affirmed the conviction and sentence; Rehearing and Rehearing En banc was denied on October 17, 2016.

17. On Janaury 09, 2017, Writ of Certiorari to the Supreme Court was denied and On March 06, 2017, Petition for review of the denied writ of certiorari was also denied.

Page 4
FOIA COMPLAINT

18.    While Petition for review of the denied writ of certiorari was pending, Another Eighth Circuit Court's Panel on February 16, 2017, Issued a New Inter Tightly Jointly and Severally Liable Intervening related rulings in **United States v. Adejumo, 848 F.3d 868 (February 16, 2017, overruling United States v. Adejumo, 772 F.3d 513, 2014 U.S. App. LEXIS 22312 (8th Cir. Minn., November 25, 2014.)**

## STATEMENT OF FACTS

19.    Plaintiff have been seeking records under the  **FOIA,** from the Department of Justice since September 9, 2017.

     **(a)**   **FOIA-2017-003409 - Subject of Request: Commission/Appointment Affidavits/Oath of Office for B. Todd Jones, Gregory G. Brooker, Ann M. Anaya and Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - U.S.District Court, District of Minnesota, to EOUSA, See Exhibit A.**

     **(b)**   **FOIA-2018-000143 - Subject of Request: Commission/Appointment Affidavits/Oath of Office for Ronald L. Cheng, Kevin Scott Rosenberg, David A. Kettel and Becky S. Walker - U.S.District Court, Central District of California, Los Angeles Division, to EOUSA, See Exhibit B.**

     **(c)**   **FOIA-2018-001927 - Subject of Request: Commission/Appointment Affidavits/Oath of Office for B. Todd Jones, Erika R. Mozangue and John Docherty - U.S.District Court, District of Minnesota, and the Conclusion/Findings of Criminal Complaint I filed in January of 2012 in Criminal Case No. 0:11-CR-00087-MJD/JJK-1, and Records Pertaining to the Termination of Ann. M. Anaya's Employment in April of 2013 as Ausa, to EOUSA, See Exhibit C.**

     **(d)**   **FOIA-2018-002128- Subject of Request: Commission/Appointment Affidavits/Oath of Office for B. Todd Jones, Gregory G. Brooker, and Jeffrey Paulsen - U.S.District Court, District of Minnesota, to EOUSA, See Exhibit D.**

     **(e)**   **FOIA-2018-001014 - Subject of Request: Commission/Appointment Affidavit/Oath of Office for Sarah L. Hartnett - Department of Homeland Security, Eloy Division, Arizona, to EOUSA, See Exhibit E.**

Page 5

FOIA COMPLAINT

(f)   FOIA-2018-001324 - Subject of Request: Commission/Appointment Affidavit/Oath of Office for Nicole Guzman, and Danielle Sigmund - Department of Homeland Security, District of Arizona, Eloy Division, to EOUSA, See Exhibit F.

(g)   FOIA Subject of Request: Written Permission Pursuant to Sections 2903(b) and 2904 of Title 5, U.S. Code as stated in 28 C.F.R. § 0.151 authorizing the Redacted Name of Personnel that administered "Gregory G. Brooker" on January 02, 2001 to EOUSA, with Certified Receipt # 7014 1200 0000 3187 3823, See Exhibit G.

(h)   FOIA Subject of Requests: Commission/Appointment Affidavits/Oath of Office for B. Todd Jones, Gregory G. Brooker, Ann M. Anaya and Lola Velazquez-Aguilu - U.S. District Court, District of Minnesota, to U.S. Attorney's Office in Minneapolis-Minnesota with Certified Receipt Nos: 7014 1200 0000 3187 3861 and 7014 1200 0000 3187 4066 respectively, which was forwarded to EOUSA/ FOIA UNIT, See Exhibit H.

(i)   FOIA Request to National Personnel Records Center, Valmeyer, Illinois location with Certified Receipt Nos: 7014 1200 0000 3187 3816 and 7014 3490 0001 9734 8147 - Subject of Request: Commission/Appointment Affidavits/Oath of Office for B. Todd Jones, Gregory G. Brooker, Ann M. Anaya and Lola Velazquez-Aguilu, See Exhibit I.

(j)   FOIA Request to National Personnel Records Center, Valmeyer, Illinois location with Certified Receipt No. 7014 2870 0002 3258 9516 - Subject of Request: Commission/Appointment Affidavits/ Oath of Office for B. Todd Jones, Gregory G. Brooker, Erika R. Mozangue, John Docherty and Jeffrey Paulsen - U.S. District Court, District of Minnesota, See Exhibit J.

(k)   FOIA Request to National Personnel Records Center, St. Louis, Missouri location with Certified Receipt No. 7014 2870 0002 3258 9509 - Subject of Request: Commission/Appointment Affidavits/ Oath of Office for B. Todd Jones, Gregory G. Brooker, Erika R. Mozangue, John Docherty and Jeffrey Paulsen - U.S. District Court, District of Minnesota, See Exhibit K.

(l)   FOIA Request to National Personnel Records Center, Valmeyer, Illinois location with Certified Receipt No. 7016 0910 0001 9164 2094 - Subject of Request: Commission/Appointment Affidavits/ Oath of Office for Nicole Guzman, Sarah L. Hartnett and Danielle Sigmund - Department of Homeland Security (DHS), District of Arizona, Eloy Division, See Exhibit L.

Page 6
FOIA COMPLAINT

(m)   FOIA Request to Kevin Krebs, (Assistant Director) EOUSA with Certified Receipt No. 7014 2870 0002 3257 8237 – Subject of Request: (1) Conclusion and findings of Plaintiff Criminal Complaint filed in Janury of 2012, of a possible prosecutor's misconduct during the relevant time period prior to begining of trial in Crminal Case No: 0: 11-CR-00087 (MJD/JJK)-01; (2) Information of Records pertaining to the suddenly employment termination in April of 2013 as Ausa in the District of Minnesota; and, (3) Written authority terminating employment for Ann M. Anaya, See Exhibit M.

(n)   FOIA APPEAL Request to the Director, (OIP) with Certified Receipt No. 7014 1200 0000 3187 3830 – Subject of Appeal Request Concerning FOIA-2017-003409 AND FOIA-2018-000143, See Exhibit N.

(o)   FOIA APPEAL Request to Sean R. O'Neill, (Chief, Administrative Appeals Staff)(OIP) with Certified Receipt No. 7014 2870 0002 3257 8725 – Subject of Appeal Request Concerning FOIA-2017-003409, See Exhibit O.

(p)   FOIA APPEAL Request to the Director, (OIP) with Certified Receipt No. 7016 0910 0001 9164 2063 – Subject of Appeal Request Concerning FOIA-2018-001014, See Exhibit P.

20.   Plaintiff filed several request for records and appeals with Office of Information Policy (OIP) Director, for the failure of DOJ/EOUSA to produce records requested.

21.   Plaintiff filed mediation request with the Office of Government Information Services National Archives and Records Administration (OGIS) to mediate the FOIA request for records not provided by the DOJ/EOUSA.

22.   On September 9, 2017, Plaintiff, initiated a FOIA request to the Executive Office for United States Attorneys, an agency under the Department of Justice seeking the copy of document pertaining to the Commission/Appointment by a United States President/Attorney General under 28 U.S.C. § 541, for the following U.S. Attorney(s): (A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division; (B) Gregory G. Brooker - U.S.District Court - District of Minnesota - Minneapolis Division.

23.   A copy of the document pertaining to the Commission/Appointment by a United States Attorney General, under 28 U.S.C. § 542, for the following Assistant United States Attorneys: (A) Ann M. Anaya - U.S.District Court - District of Minnesota - Minneapolis Division; (B) Lola Velazquez-Aguilu/Lolita A. Velazquez-Aguilu -

Page 7
FOIA COMPLAINT

**U.S.District Court - District of Minnesota - Minneapolis Division.**

24.    A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 U.S.C. § 2906, for the Oath of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) B. Todd Jones - U.S. Attorney for the District of Minnesota; (B) Gregory G. Brooker - Acting U.S. Attorney for the District of Minnesota; (C) Ann M. Anaya - Assistant U.S. Attorney for the District of Minnesota; (D) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - Assistant U.S. Attorney for the District of Minnesota

25.    A copy of the previous and current Assignment/Posting(s) for the above individuals and the dates the Postings began and ended.

26.    On September 25, 2017, Plaintiff initiated a **FOIA** request to the Executive Office for United States Attorneys seeking a copy of the document pertaining to the Commission/Appointment by a United States President/Attorney General under 28 U.S.C. § 541, for the following United States Attorney(s): **(A) Ronald L. Cheng - U.S.District Court - Central District of California - Los Angeles Division; (B) Kevin Scott Rosenberg - U.S.District Court - Central District of California - Los Angeles Division.**

27.    A copy of the document pertaining to the Commission/Appointment by a United States attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorneys: **(A) David A. Kettel - U.S.District Court - Central District of California - Los Angeles Division; (B) Becky S. Walker - U.S.District Court - Central District of California - Los Angeles Division; (C) Kevin Scott Rosenberg - U.S. District Court - Central District of California - Los Angeles Division; (D) Ronald L. Cheng - U.S.District Court - Central District of California - Los Angeles Division.**

28.    A copy of the Appointments Affidavits preserved for the following individuals, pursuant to 5 **U.S.C.** § 2906, for the Oath of Office required by 5 **U.S.C.** § 3331 and 28 U.S.C. § 544: **(A) Ronald L. Cheng - U.S.Attorney for the Central District of California; (B) Kevin Scott Rosenberg - U.S.Attorney for the Central District of California; (C) David A. Kettel - Assistant U.S.Attorney for Central District of California; (D) Becky S. Walker - Assistant U.S.Attorney for Central District of California**

Page 8
FOIA COMPLAINT

29.     A copy of the previous and current Assignment/Posting(s) for the above individuals.

30.     On December 26, 2017, Plaintiff, initiated a **FOIA** request to the Executive Office for the United States Attorneys seeking a copy of the document pertaining to the Commission/Appointment by a United States President/Attorney General, under **28 U.S.C. § 541,** for the following United States Attorney(s): **(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division.**

31.     A copy of the document pertaining to the Commission/Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorney(s): **(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Division; (B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Division.**

32.     A copy of the Appointment Affidavits preserved for the following individuals, pursuant to **5 U.S.C. § 2906** for the Oath of Office required by **5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) B. Todd Jones - U.S.Attorney for the District of Minnesota; (B) Erika R. Mozangue - Assistant U.S.Attorney for the District of Minnesota and (C) John Docherty - Assistant U.S.Attorney for the District of Minnesota.**

33.     A copy of the previous and current Assignment/Postings' for the above individuals and the dates the Postings began and ended.

34.     A copy of the conclusion and findings of Criminal Complaint filed in January of 2012, of a possible prosecutor's misconduct against **Ann M. Anaya - U.S.District Court - District of Minnesota,** in Criminal Case No. **0:11-CR-00087-MJD/JJK-1.**

35.     A copy of records pertaining to why the Department of Justice **(DOJ)** suddenly terminated **Ann M. Anaya's** employment in April of 2013 as Assistant U.S. Attorney, District of Minnesota.

36.     A copy of the document pertaining to the Commission/Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorney(s): **(A) Jeffrey Paulsen - U.S.District Court - District of Minnesota - Minneapolis Division.**

Page 9
FOIA COMPLAINT

37.   A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 U.S.C. § 2906, for the Oaths of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) B. Todd Jones (USA); (B) Gregory G. Brooker (Acting USA) and Jeffrey Paulsen (Ausa).

38.   A copy of the previous and current Assignment/Posting(s) for the above individuals and the dates the Postings began and ended.

39.   A copy of the document pertaining to the Commision/Appointment by a United States Attorney General, under 28 U.S.C. § 542, for the following Assistant United States Attorney(s): (A) Sarah L. Hartnett - Department of Homeland Security - District of Arizona - Eloy Division.

40.   A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 U.S.C. § 2906, for the Oaths of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) Sarah L. Hartnett - (Assistant Chief Counsel DHS).

41.   A copy of the previous and current Assignment/Posting(s) for the above individuals and the dates the Postings began and ended.

42.   A copy of the document pertaining to the Commission/Appointment by a United States President/Attorney General, under 28 U.S.C. § 541, for the following United States Attorney(s): (A) Nicole Guzman - U.S. Department of Homeland Security - District of Arizona - Eloy Division.

43.   A copy of the document pertaining to the Commission/Appointment by a United States Attorney General, under 28 U.S.C. § 542, for the following Assistant United States Attorney(s): (A) Danielle Sigmund - U.S. Department of Homeland Security - District of Arizona - Eloy Division.

44.   A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 U.S.C. § 2906, for the Oaths of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) Nicole Guzman (Chief Counsel - DHS); (B) Danielle Sigmund - (Acting Chief Counsel - DHS).

45.   A copy of the previous and current Assignment/Posting(s) for the above individuals and the dates the Postings began and ended.

Page 10
FOIA COMPLAINT

46.    A copy of the Written Permission/Authority pursuant to **5 U.S.C. §§ 2903(b), 2904 and 28 C.F.R. § 0.151,** authorizing the Personnel/Name of Human Resource Assistant that administered **Gregory G. Brooker** on January 2, 2001

47.    A copy of the document pertaining to the Commission/Appointment by a United States President/Attorney General, under **28 U.S.C. § 541,** for the following United States Attorney(s): **(A) B. Todd Jones (USA); (B) Gregory G. Brooker (Acting USA).** (2) Commission/Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorney(s): **(A) Ann M. Anaya - (Ausa); (B) Lola Velazquez-Aguilu (Ausa).** (3) Appointment Affidavits preserved for the following individuals, pursuant to **5 U.S.C. § 2906,** for the Oaths of Office required by **5 U.S.C. § 3331 and 28 U.S.C. § 544: (A) B. Todd Jones (USA); (B) Gregory G. Brooker (Acting USA); (C) Ann M. Anaya (Ausa) and Lola Velazquez-Aguilu (Ausa).** (4) Previous and current Assignment/Posting(s), for the above individuals, and the dates the Postings began and ended inquired out of U.S. Attorney's Office, District of Minnesota [55415] Via **FOIA** request.

48.    On October 31, 2017, the **EOUSA** responded to plaintiff's request with Assigned **FOIA-2017-003409** and deemed the response is a partial denial and claimed no other responsive records to the named individuals located **See Exhibit A.** On the same date, the **EOUSA** responded to plaintiff's request with Assigned **FOIA-2018-000143** and claimed a search for records located in **EOUSA - Personnel** has revealed no responsive records regarding the subject and that records appear to be with U.S. District Court **See Exhibit B.** On both appeals the **OIP** affirm **EOUSA's** action on request **See Exhibit N.**

49. .  **On 11/13/17; 12/27/17; 2/20/18; 3/24/18,** Plaintiff sought **FOIA** requests to two (2)-locations  for the National Personnel Records Center, for all Government Attorneys involved in criminal cases. **See Exhibits I, J, K and L .**

50.    To date **NPRC** have not responded to some of the **FOIA** requests except for some, in which it denied my request and claimed the information requested are not releasable under the Freedom of Information Act **[Exhibit J ]** and in **[Exhibit K ]** it claimed that the **NPRC** does not store documentation for commissioning/ appointments of US Attorneys and an appeal to the **OIP** is still pending **See Exhibit O.**

Page 11
FOIA COMPLAINT

51.   As of the date of Complaint, the Defendants have fail to produce the requested records or demonstrated that the requested records are lawfully exempted from production.

52.   Plaintiff has exhausted his administrative remedies and his lawsuit is properly before this Court

## COUNT I

### ( VIOLATION OF FOIA AND PRIVACY ACT 5 U.S.C. §552 AND 5 U.S.C. §552(a))

53.   Plaintiff realleges paragraphs **1 through 18** as if fully stated herein.

54.   Plaintiff is being irreparably harmed by reason of Defendant's violations of **FOIA** and Plaintiff will continue to be irreparably harmed unless the Defendant's are compelled to comply with **FOIA and the Privacy Act.**

55.   Plaintiff's administrative remedies are exhausted and therefore, this lawsuit is properly before this Court.

### CONCLUSION

**WHEREFORE,** Premises Considered, the Plaintiff seek's this Honorable Court's opinion regarding the Constitution's mandate ensuring the United States possesses standing in the prosecution of criminal and civil cases by duly authorized attorneys.

**THEREFORE,** the Plaintiff requests this Court compel the government to respond within thirty (30) days of this Court's Order to satisfy the Plaintiff's Freedom of Information Act **(FOIA)** requests.

That any delay or seeking of a time extension by the government of the thirty (30) day period would be an affront to the Criminal Justice System, causing irreparable harm to the Plaintiff, denying him his liberty and right to due process of law as guaranteed by the Constitution of the United States.

This Honorable Court compel the United States Attorney and Assistant United States Attorneys provide the Plaintiff with true and correct copies of all documents sought in this litigation. Any delay or procrastination on the part of the government would clearly indicate the government's intent to deny the Plaintiff his rights pursuant to the United States Constitution.

Page 12
FOIA COMPLAINT

That the Plaintiff be afforded the name of the Human Resource employee, whose legal function as an administrative official, was redacted and the written authority. The Plaintiff, in this litigation, requires his/her name to ensure proper authority had been vested by a superior government official, to act in the capacity necessary to validate an individual's OATH and authorization to perform a legal function, representing the United States.

That the Plaintiff be GRANTED any and all relief deemed necessary and appropriate, in the interest of justice.

Respectfully submitted,

"Without Prejudice"

Dated: May 7, 2018

By: _____

Julian Okeayainmeh,c/o:20515112 - In Pro se
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America     near     [75159]

# EXHIBIT A

U.S. Department of Justice
Executive Office for U.S. Attorneys
600 E Street NW
Suite 7300
Washington, DC 20530

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States       President    under 28 USC §541, for the following United States Attorney(s):

(A) B.Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Fourth Division

(B) Gregory.G.Brooker - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

(A) Ann.M.Anaya - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

(B) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - U.S.District of Court - District of Minnesota - Minneapolis Fourth Division. - Attorney ID No.389486.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (U.S. Attorney) .
(B) Gregory G. Brooker - (Acting U.S. Attorney) .
(C) Ann. M. Anaya - (Assistant U.S. Attorney).
(D) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - (Assistant U.S. Attorney) .

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve  my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

By: *"Without Prejudice"* ~Okeayainneh~

**Julian Okeayainneh, c/o; 20515112**
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas Republic
America       near     [75159]

Dated: 9 September, 2017.

7014 3490 0001 9734 9113

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, NW*
*Washington, DC 20530*

*(202) 252-6020*
*FAX (202) 252-6047*

October 31, 2017

Julian Okeayainneh
#20515112
FCC Low
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: FOIA-2017-003409  Date of Receipt: September 28, 2017
Subject of Request: AUSA Oaths (Multiple-USAO Minnesota) – EOUSA Personnel

Dear Mr. Okeayainneh:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys.

To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a partial denial. [Note: no other responsive records to the named individuals located.]

Enclosed please find:

_____page(s) are being released in full (RIF);
___1__page(s) are being released in part (RIP);
_____page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(b)(6)/(b)(7)(C) – personal privacy protected information [See Attachment]

[  ]   In addition, this office is withholding grand jury material which is retained in the District.

[  ]   A review of the material revealed:

[  ]   Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files.** These records will be referred to the following component(s) listed for review and direct response to you:

[  ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[  ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

[ x ]   See additional information attached.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Enclosure(s)

Form No. 021nofee – 12/15

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108




# APPOINTMENT AFFIDAVITS

| Assistant United States Attorney | | 12-05-2000 |
|---|---|---|
| *(Position to which appointed)* | | *(Date of appointment)* |

| Department of Justice | U.S. Attorney's Office | Minneapolis, MN |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____Greg Brooker_____ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

b6, b7C

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 2nd day of January, 2001,

at _Minneapolis_   _Minnesota_
     *(City)*        *(State)*

b6, b7C

*(Signature of officer)*

NOTARY PUBLIC-MINNESOTA
Commission Expires Jan. 31, 2005

Personnel Mgmt. Spec.
     *(Title)*

Comm. ission Expires Jan. 31, 2005
(If by a Notary Public, the date of expiration of his/her
Commission should be shown)

NOTE.— *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.

EXPLANATION OF EXEMPTIONS

**FOIA: TITLE 5, UNITED STATES CODE, SECTION 552**

| | |
|---|---|
| (b) (1) | (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order; |
| (b)(2) | related solely to the internal personnel rules and practices of an agency; |
| (b)(3) | specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld; |
| (b)(4) | trade secrets and commercial or financial information obtained from a person and privileged or confidential; |
| (b)(5) | inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency; |
| (b)(6) | personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; |
| (b)(7) | records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual. |
| (b)(8) | contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or |
| (b)(9) | geological and geophysical information and data, including maps, concerning wells. |

**PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a**

| | |
|---|---|
| (d)(5) | information complied in reasonable anticipation of a civil action proceeding; |
| (j)(2) | material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals; |
| (k)(1) | information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods; |
| (k)(2) | investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence; |
| (k)(3) | material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056; |
| (k)(4) | required by statute to be maintained and used solely as statistical records; |
| (k)(5) | investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence; |
| (k)(6) | testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process; |
| (k)(7) | material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence. |

FBI/DOJ

# EXHIBIT B

## FREEDOM OF INFORMATION ACT REQUEST

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

TO: U.S.DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR U.S.ATTORNEYS
600 EAST STREET NW.
SUITE 7300
WASHINGTON, DC. [20530]

Greetings:

This is a request under the Freedom of Information Act (FOIA) as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552(a). I the Undersigned is respectfully requesting the following information:

1) **A copy of the document pertaning to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney(s):**

   (A) **Ronald L. Cheng** - U.S.District Court - Central District of California - Los Angeles Division.
   (B) **Kevin Scott Rosenberg** - U.S.District Court - Central District of California - Los Angeles Division.

2) **A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States attorney(s):**

   (A) **David A. Kettel** - U.S.District Court - Central District of California - Los Angeles Division.
   (B) **Becky S. Walker** - U.S.District Court - Central District of California - Los Angeles Division.
   (C) **Kevin Scott Rosenberg** - U.S.District Court - Central District of California - Los Angeles Division.
   (D) **Ronald L. Cheng** - U.S.District Court - Central District of California - Los Angeles Division.

Page 2 of 2

FREEDOM OF INFORMATION ACT REQUEST

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

(A) David A. Kettel - (Assistant U.S. Attorney) .
(B) Becky S. Walker - (Assistant U.S. Attorney).
(C) Kevin Scott Rosenberg - (U.S.Attorney).
(D) Ronald L. Cheng - (U.S.Attorney).

4) A copy of the previous and current assignment/posting(s), for the above mentioned individuals, and the dates the postings began and ended.

(A) Kevin Scott Rosenberg - (U.S. Attorney).

(B) Ronald L. Cheng - (U.S. Attorney).

(C) Becky S. Walker - (Assistant U.S. Attorney).

(D) David A. Kettel - (Assistant U.S. Attorney).

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I the Undersigned, therefore respectfully request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided inthe Freedom of Information Act, I will expect to receive a reply within twenty(20) working days. If any of these documents do not exist, please inform me of this in writing.

Respectfully submitted,

"Without Prejudice"

Dated: September 25, 2017        By: _[signature]_

Julian Okeayainneh, c/o; 20515112 - In Pro se
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America     near     [75159]

7014 3490 0001 9734 9229

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

| Freedom of Information and Privacy Staff | *Suite 7300, Bicentennial Building*<br>*600 E Street, NW*<br>*Washington, DC 20530* | *(202) 252-6020*<br>*FAX (202) 252-6047* |

October 31, 2017

Julian Okeayainneh
#2051512
FCC – Low
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-000143</u>   Date of Receipt:  October 10, 2017
Subject of Request: <u>Oaths (Multiple) – EOUSA Personnel</u>

Dear Mr. Okeayainneh:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ x ] A search for records located in EOUSA- <u>Personnel</u> has revealed no responsive records regarding the above subject. [Records you seek appear to be with U.S. District Court.]

2. [   ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above subject.

3. [   ] After an extensive search, the records which you have requested cannot be located.

4. [   ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [   ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If

you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

# EXHIBIT C

U.S. Department of Justice
Executive Office for U.S. Attorneys
600 E Street NW
Suite 7300
Washington, DC 20530


Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States    President    , under 28 USC §541, for the following United States Attorney:

(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.


2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

(B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

(A) B. Todd Jones - (U.S. Attorney).
(B) Erika R. Mozangue - (Assistant U.S. Attorney).
(C) John Docherty - (Assistant U.S. Attorney).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
       (A),(B) AND (C)
The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.              "Without Prejudice"

Dated: 26th December, 2017.              By: _____
                                         Julian Okeayainneh, c/o:20515112
                                         Federal Correctional Complex-Low
                                         Post Office Box 9000
                                         Seagoville, Texas Republic
                                         America    near  [75159]

7016 0910 0001 9164 2025

Page 2 of 2

FREEDOM OF INFORMATION ACT REQUEST CONTINUATION ...

5) A copy about the conclusion and findings of my Criminal Complaint I filed in January of 2012, of a possible prosecutor's misconduct against Ann M. Anaya (Ex-Ausa) working out of U.S.District Court, District of Minnesota, in Criminal Case No: 0:11-CR-00087-MJD-JJK-1.

6) A copy of information records pertaining to why the Department of Justice(DOJ) suddenly terminated Ann M. Anaya's[Ex-Ausa] employment in April of 2013 as Assistant U.S.Attorney, in the U.S.District Court, District of Minnesota.

                                   Respectfully submitted,

                                   "Without Prejudice"

                         By:       _Julian Okeayainneh_

                                   Julian Okeayainneh,c/o;20515112
                                   Federal Correctional Complex-Low
                                   Post Office Box 9000
                                   Seagoville, Texas Republic
                                   America    near [75159]

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, NW*
*Washington, DC 20530*

*(202) 252-6020*
*FAX (202) 252-6047*

February 8, 2018

Julian Okeayainneh
#20515-112
FCC
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-001927</u> Date of Receipt: <u>January 26, 2018</u>
Subject: <u>AUSA Oaths (Docherty/Jones/Mozangue) – EOUSA Personnel</u>

Dear Requester:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys.

To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ x ] partial [  ] full denial. [No records for Jones/Mozangue]

Enclosed please find:

_____page(s) are being released in full (RIF);

_ 1__page(s) are being released in part (RIP);

_____page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(b)(6) (personal privacy re: non-public records of third party individuals)

[  ]    In addition, this office is withholding grand jury material which is retained in the District.

[ x ]     A review of the material revealed:

[   ]     Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files.** These records will be referred to the following component(s) listed for review and direct response to you:

[   ]     There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[   ]     Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

[ x ]     See additional information attached.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Enclosure(s)

Form No. 021nofee – 12/15



# APPOINTMENT AFFIDAVITS

Assistant United States Attorney
*(Position to which Appointed)*

September 29, 2008
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U. S. Attorney's Office
*(Bureau or Division)*

Minnesota
*(Place of Employment)*

I, John Francis Docherty _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental
reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which
I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof,
and I will not so participate while an employee of the Government of the United States or any agency
thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration
for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 29th day of  September _____ ,  2008

at  Minneapolis
*(City)*

Minnesota
*(State)*

_____
*(Signature of Officer)*

**Ann Marie Bolan**
**NOTARY PUBLIC**
**STATE OF MINNESOTA**
My Commission Expires 1-31-2013

Chief Judge   District Court

Commission expires _____
*(If by a Notary Public, the date of his/her Commission should be shown)*

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the
Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

EXPLANATION OF EXEMPTIONS

## FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

| | |
|---|---|
| (b) (1) | (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order; |
| (b)(2) | related solely to the internal personnel rules and practices of an agency; |
| (b)(3) | specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld; |
| (b)(4) | trade secrets and commercial or financial information obtained from a person and privileged or confidential; |
| (b)(5) | inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency; |
| (b)(6) | personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; |
| (b)(7) | records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual. |
| (b)(8) | contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or |
| (b)(9) | geological and geophysical information and data, including maps, concerning wells. |

## PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

| | |
|---|---|
| (d)(5) | information complied in reasonable anticipation of a civil action proceeding; |
| (j)(2) | material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals; |
| (k)(1) | information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods; |
| (k)(2) | investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence; |
| (k)(3) | material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056; |
| (k)(4) | required by statute to be maintained and used solely as statistical records; |
| (k)(5) | investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence; |
| (k)(6) | testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process; |
| (k)(7) | material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence. |

FBI/DOJ

1/06

E  X  H  I  B  I  T     D

U.S. Department of Justice
Executive Office for U.S. Attorneys
600 E Street NW
Suite 7300
Washington, DC 20530

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States      President      under 28 USC §541, for the following United States Attorney:
(A) B. Todd Jones – U.S.District Court – District of Minnesota – Minneapolis Fourth Division.
(B) Gregory G. Brooker – U.S.District Court – District of Minnesota – Minneapolis Fourth Division.
2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Jeffrey Paulsen – U.S.District Court – District of Minnesota – Minneapolis Fourth Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones – (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker – (District of Minnesota U.S. Attorney).
(C) Jeffrey Paulsen – (District of Minnesota Assistant U.S. Attorney).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
        A, B, & C
The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.                    "Without Prejudice"

Dated: 25 January, 2018.                    By: Julian Okeayainneh, c/o: 20515112
                                            Federal Correctional Complex-Low
                                            Post Office Box 9000
                                            Seagoville, Texas Republic
                                            America      near [75159]

Page 1 of 1

7014 3490 0001 9732 9849

U.S. Department of Justice

Executive Office for United States Attorneys

Freedom of Information and Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, NW*
*Washington, DC 20530*

*(202) 252-6020*
*FAX (202) 252-6047*

March 1, 2018

Julian Okeayainneh
#20515-112
FCC
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-002128</u>  Date of Receipt: <u>February 7, 2018</u>
Subject: <u>AUSA Oaths (Multiple-Jones/Booker/Paulsen) – EOUSA Personnel</u>

Dear Requester:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys.

To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ x ] partial [   ] full denial.

Enclosed please find:

2   Page(s) are being released in part (RIP);. [Note: no record located for T. Jones]

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(b)(6)/ (personal privacy)

[   ]   In addition, this office is withholding grand jury material which is retained in the District.

[   ]   A review of the material revealed:

[ ] Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files.** These records will be referred to the following component(s) listed for review and direct response to you:

[ ] There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

[ x ] See additional information attached.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Enclosure(s)

Form No. 021nofee – 12/15

EXPLANATION OF EXEMPTIONS

**FOIA: TITLE 5, UNITED STATES CODE, SECTION 552**

| | |
|---|---|
| (b) (1) | (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order; |
| (b)(2) | related solely to the internal personnel rules and practices of an agency; |
| (b)(3) | specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld; |
| (b)(4) | trade secrets and commercial or financial information obtained from a person and privileged or confidential; |
| (b)(5) | inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency; |
| (b)(6) | personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; |
| (b)(7) | records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual. |
| (b)(8) | contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or |
| (b)(9) | geological and geophysical information and data, including maps, concerning wells. |

**PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a**

| | |
|---|---|
| (d)(5) | information complied in reasonable anticipation of a civil action proceeding; |
| (j)(2) | material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals; |
| (k)(1) | information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods; |
| (k)(2) | investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence; |
| (k)(3) | material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056; |
| (k)(4) | required by statute to be maintained and used solely as statistical records; |
| (k)(5) | investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence; |
| (k)(6) | testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process; |
| (k)(7) | material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence. |

FBI/DOJ

STANDARD FORM 61
Revised June 1988
U.S. Office of Personnel Management
FPM Chapter 296
61-103

 

# APPOINTMENT AFFIDAVITS

Assistant United States Attorney
*(Position to which appointed)*

February 14, 1989
*(Date of appointment)*

Department of Justice
*(Department or agency)*

U.S. Attorney's Office
*(Bureau or Division)*

Minneapolis, MN
*(Place of employment)*

I, ____Jeffrey Scott Paulsen_____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

b6
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 28th day of February, 19 89,

at Minneapolis _____ Minnesota
*(State)*

b6
NOTARY PUBLIC—MINNESOTA
RAMSEY COUNTY
My Commission Expires Mar. 28, 1994

Commission expires ___3/28/94___
(If by a Notary Public, the date of expiration of his/her
Commission should be shown)

b6
*(Signature of officer)*

Notary Public
*(Title)*

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

NSN 7540-00-634-4015

☆ U.S. GPO: 1987-191-974/79026

Prior Edition Usable

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-106




# APPOINTMENT AFFIDAVITS

| Assistant United States Attorney | | 12-05-2000 |
|---|---|---|
| *(Position to which appointed)* | | *(Date of appointment)* |

| Department of Justice | U.S. Attorney's Office | Minneapolis, MN |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ Greg Brooker _____ , do solemnly swear (or affirm) that——

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 2nd day of January, 2001,

at Minneapolis *(City)* Minnesota *(State)*

*(Signature of officer)*

NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Personnel Mgmt Spec. *(Title)*

(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.— *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT E

U.S. Department of Justice
Executive Office for U.S. Attorneys
600 E Street NW
Suite 7300
Washington, DC 20530

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA) as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:


2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

**(A) Sarah L. Hartnett - Department of Homeland Security - Eloy Detention Centre - Eloy Division - Arizona.**

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

**(A) Sarah L. Hartnett - Department of Homeland Security - Eloy Detention Center - Eloy Division - Arizona. (Assistant Chief Counsel).**


4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
   **(A) Sarray L. Hartnett - (Assistant Chief Counsel)**
The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing. **"Without Prejudice"**

By: _[signature]_
**Julian Okeayainneh, c/o: 20515112**
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas [75159]

Dated: 20 November, 2017

7014 3490 0001 9734 8123

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff                    *Suite 7300, Bicentennial Building*          *(202) ☎52-6020*
                                                           *600 E Street, NW*                           *FAX (202) ☎52-6047*
                                                           *Washington, DC 20530*

December 19, 2017

Julian Okeayainneh
#20515-112
FCC
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-001014</u> Date of Receipt: <u>November 29, 2017</u>
Subject of Request: <u>AUSA Oath (Hartnett) – EOUSA Personnel</u>

Dear Mr. Okeayainneh:

        In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [ x ] A search for records located in EOUSA-Personnel has revealed no responsive records regarding the above subject.

2.  [   ] A search for records located in the United States Attorney's Office(s) for the
        _____ has revealed no responsive records regarding the above subject.

3.  [   ] After an extensive search, the records which you have requested cannot be located.

4.  [   ] Your records have been destroyed pursuant to Department of Justice guidelines.

5.  [   ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number, for which you will receive, or have received, a separate response.


        This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact t he Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact inform ation for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Form No. 005 - 12/15

# EXHIBIT F

U.S. Department of Justice
Executive Office for U.S. Attorneys
600 E Street NW
Suite 7300
Washington, DC 20530

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:

(A) **Nicole Guzman - U.S. Department of Homeland Security - District of Arizona - Eloy, Arizona Division.**

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

(A) **Danielle Sigmund - U.S. Department of Homeland Security - District of Arizona - Eloy, Arizona Division.**

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

(A) **Nicole Guzman - (U.S. Chief Counsel - DHS).**

(B) **Danielle Sigmund - (U.S. Acting Deputy Chief Counsel - DHS).**

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
(A) **Nicole Guzman -(Chief Counsel - DHS) AND (B) Danielle Sigmund - (Acting Chief Counsel).**
The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

Dated: 8 December, 2017 Anno Domini.

"Without Prejudice"

By: Julian Okeayainneh,c/o;20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America

U.S. Department of Justice

Executive Office for United States Attorneys

| | | |
|---|---|---|
| Freedom of Information and Privacy Staff | *Suite 7300, Bicentennial Building*<br>*600 E Street, NW*<br>*Washington, DC 20530* | *(202) 252-6020*<br>*FAX (202) 252-6047* |

January 16, 2018

Julian Okeayainneh
#20515-112
FCC
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-001324</u>  Date of Receipt: <u>December 20, 2017</u>
Subject of Request: <u>AUSA Oaths (Multiple 4) – EOUSA Personnel</u>

Dear Mr. Okeayainneh:

      In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ x ] A search for records located in EOUSA-Personnel has revealed no responsive records regarding the above subjects.[All names identified in your request as Department of Homeland Security employees: please direct your request to that agency.]

2. [   ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above subject. [In the event that this is not the correct USAO to search, please resubmit your request.]

3. [   ] After an extensive search, the records which you have requested cannot be located.

4. [   ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [   ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number, for which you will receive, or have received, a separate response.

      This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If

# EXHIBIT G

Julian Okeayainneh, c/o: 20515112
Register Number: **c/o: 20515112**
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX[75159-9000 ]
Date: **13th November, 2017**

Attn: FOIA Officer
Agency Name and Mailing Address: **U.S. DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR U.S. ATTORNEYS – 600 EAST STREET, NW, SUITE# 7300, WASHINGTON, DC. [20530]**

Dear Sirs:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552; and the Privacy Act, 5 U.S.C. 552a, I request the following specific documents from your agency: -- A copy of the **"Written permission" by the Director of the executive for U.S.Attorneys and the Assistant Attorney General for Administration , under and pursuant to the provisions of sections 2903(b) and 2904 of title 5, U.S.Code as stated in 28 C.F.R. §0.151 authorizing the Redacted Name of personnel to administer the "Oath of Office" for "Greg Brooker" on 2nd day of January, 2001.** (a copy of which is attached hereto as Exhibit A), with Assigned Requuest Number: **FOIA-2017-003409.**

If any of these documents do not exist, please inform me of this in writing.

As per requirements of the statute, I am expecting a response within twenty (20) days excluding weekends and legal holidays.

Thank you for your assistance.

Sincerely, and Respectfully submitted,
By:    **" Without Prejudice"**
Signature: _[signature]_
**Julian Okeayainneh, c/o: 20515112 – In Pro se**
Full Name:

Page 1 of 1

# EXHIBIT H

CERTIFIED MAIL TICKET NUMBER: **7014 1200 0000 3187 3861**

**Dated:** 13 November, 2017 Anno Domini

TO: Andrew Mark "Andy" Luger,
   (U.S.Attorney as at 2015)
   Gregory G. Brooker, **OR Office Holder.**
   (Acting U.S. Attorney as at 08/22/2017)
   UNITED STATES ATTORNEY'S OFFICE
   DISTRICT OF MINNESOTA
   600 U.S. COURTHOUSE
   300 SOUTH FOURTH STREET,
   MINNEAPOLIS, MINNESOTA [55415]]

**Julian Okeayainneh,c/o:20515112**
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas Republic
America       near [75159]

### RE: "FOIA Documents"

Dear Sir/Madam OR, Office Holder,

It has come to my attention that the employees of this office must have certain documents in order to perform their duties. These documents are required to be kept in their personnel file and this file must be located in the office or United States District Court location where they work or where they are assigned to.

I have enclosed my original **FOIA** request copy and response letter **(a copy of which is attached as Exhibit A)** for these documents. If your office does not have these or if they do not exist, please let me know in writing, so that I can take this matter to federal court. Since these documents are located at this office, there should be no reason why these **FOIA's** cannot be responded to within the allowed 20 Working days. Thanking you in advance for your prompt response and action in your assistance to this matter.

Respectfully submitted,

"Without Prejudice"

By:

**Julian Okeayainneh,c/o;20515112 - In Pro se**

Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

600 U.S. Courthouse                    (612) 664-5600
300 South Fourth Street
Minneapolis, MN 55415

November 17, 2017

Mr. Julian Okeayainneh
Reg. No. 20515112
FCC Low
P.O. Box 9000
Seagoville, TX  75159


Re:    Freedom of Information Act Request

Dear Mr. Okeayainneh:

Our office has received your letter dated November 13, 2017.  Your request letter has been forwarded to the Freedom of Information Act (FOIA) Unit at the Executive Office for the United States Attorneys in Washington, DC.

Federal regulation 28 C.F.R. § 16.3 requires all U.S. Attorney's Offices to forward FOIA requests to the FOIA Unit in Washington, DC.  That office coordinates the processing of all FOIA requests for all of the United States Attorney's Offices and will respond directly to you regarding your request.

In the future, please direct all of your FOIA matters to the FOIA Unit in Washington, DC to accelerate the processing of your request.  You may submit a request via e-mail to usaeo.foia.requests@usdoj.gov or by mailing your request to the following address:

    Executive Office for United States Attorneys
    Freedom of Information Act/Privacy Act Unit
    600 E Street, NW, Room 7300
    Washington, DC  20530-0001

                    Sincerely,

                    GREGORY G. BROOKER
                    Acting United States Attorney

                    BY:  Ann M. Bildtsen
                    Assistant U.S. Attorney

CERTIFIED MAIL NUMBER: **7014 1200 0000 3187 4066**

**Dated: 22 November, 2017**

TO: Gregory G. Brooker,
ACTING U.S.ATTORNEY
U.S. ATTORNEY'S OFFICE
DISTRICT OF MINNESOTA
300 SOUTH FOURTH STREET,
MINNEAPOLIS, MINNESOTA[55415]]

**Julian Okeayainneh,c/o:20515112**
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America    near    [75159]

**RE: "Government Employees of this office**
**Public Required Records Request"**

Dear Sir/Madam OR, Office Holder,

It has come to my attention that the employees of this office must have certain documents in order to perform their duties. These documents are required to be kept in their personnel file and this file must be delivered by him/her to, and preserved by, and located in, the Agency, the Office, or State Court, or United States District Court location where they work or where they are assigned to which the office pertains, pursuant to **5 U.S.C.S §2906.**, As such;

I am respectfully requesting a duplicate copy of the following information document pertaining to the: **(1) Commission/Appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney(s):**

**(A) B. Todd Jones - (USA) ; (B) Gregory . G. Brooker - (Acting USA)**

(2) Commission/Appointment by a United States Attorney General, under 28 U.S.C. §542, for the following Assistant United States Attorney(s):

**(A) Ann. M. Anaya - (Ausa); (B) Lola Velazquez-Aguilu - (Ausa).**

(3) Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

**(A) B. Todd Jones -(USA); (B) Gregory G. Brooker -(Acting -USA);**
**(C) Ann M. Anaya - (Ausa); (D) Lola Velazquez-Aguilu - (Ausa).**

**(4) Previous and current Assignment/Posting(s), for the above individuals, and the dates the postings began and ended.**

If your office does not have these or if they do not exist, please let me know in writing, so that I can take this matter to the federal court. Thanking you in advance for your prompt response and action in your assistance to this matter.

Respectfully submitted,

**"Without Prejudice"**

By: *[signature]*

**Julian Okeayainneh,c/o:20515112**

Page 1 of 1

# EXHIBIT I

NATIONAL PERSONEL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney(s):

(A) B.Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Fourth Divisio

(B) Gregory.G.Brooker - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

(A) Ann.M.Anaya - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

(B) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - U.S.District of Court - District of Minnesota - Minneapolis Fourth Division. - Attorney ID No.389486.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:

(A) B. Todd Jones - (U.S. Attorney) .
(B) Gregory G. Brooker - (Acting U.S. Attorney) .
(C) Ann. M. Anaya - (Assistant U.S. Attorney) .
(D) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - (Assistant U.S. Attorney) .

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

"Without Prejudice"

By: _Julian Okeayainneh_

Dated: 13th November., 2017

Julian Okeayainneh,c/o:20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas Republic
America    near [75159]

7014 1200 0000 3187 3816 11/13/17

NATIONAL PERSONEL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]


Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney(s):

(A) B.Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Fourth Divisic

(B) Gregory.G.Brooker - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):

(A) Ann.M.Anaya - U.S.District Court - District of Minnesota - Minneapolis Fourth Division.

(B) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - U.S.District of Court - District of Minnesota - Minneapolis Fourth Division. - Attorney ID No.389486.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (U.S. Attorney) .
(B) Gregory G. Brooker - (Acting U.S. Attorney) .
(C) Ann. M. Anaya - (Assistant U.S. Attorney).
(D) Lola Velazquez-Aguilu / Lolita A. Velazquez-Aguilu - (Assistant U.S. Attorney) .

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

"Without Prejudice"

By: _Ollizainrh_ 3/24/2018

Dated: 13th November , 2017

Julian Okeayainneh,c/o:20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas Republic
America    near  [75159]

7014 1200 0000 3187 3816

7014 3490 0001 9734 8147 3/24/18

# EXHIBIT J

NATIONAL PERSONAL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:
(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) Gregory G. Brooker - U.S.District Court - District of Minnesota - Minneapolis Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Division.
(C) Jeffrey Paulsen - U.S.District Court - District of Minnesota - Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker - (District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue - (Assistant U.S. Attorney).
(D) John Docherty - (Assistant U.S. Attorney).
(E) Jeffrey Paulsen - (Assistant U.S. Attorney).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
(A, B, C, D, & E ).

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

Dated: 20 February, 2018

By: _____
Julian Okeayainneh, c/o; 20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas [75159]

7014 2870 0002 3258 9516

NOTIFICATION OF RECEIPT OF FOIA REQUEST

PART I-ACKNOWLEDGEMENT

On _3-1-18_ The National Personnel Records Center received your request made under the Freedom of Information Act.

The Request for _Todd Jones  Erika Mozangue  Jeffrey Paulson_ _Gregory CBrooher  John Docherty_ has an

Estimated Date of Completion _3-29-18_

If you have not received you response within the given time frame please contact Customer Service at 314-801-9250

PART II-(applicable only if checked below) FREEDOM OF INFORMATION ACT AND THE RIGHTS OF INDIVIDUALS SEEKING ACCESS TO RECORDS ABOUT THEMSELVES

☐ It was not necessary for you to cite the Freedom of Information Act (FOIA) when you sent us your recent request. You would have been granted access to the information/records without citing the Act. The FOIA is a disclosure Statute granting access to the public to final opinions and orders of agencies, policy statements and interpretations not published in the *Federal Register*, and to certain other Federal records. This Act is not designated for use by individuals seeking access to records about themselves. Inquiries of this nature fall within the provisions of the Privacy Act (5 U.S.C. 552a).

The Privacy Act covers records which are retrievable by the name of an individual or by other individually identifiable data. Each agency must annually publish a listing in the Federal Register of the record systems which it maintains. The individual identified in the record must be granted a right of access to the file and must be given a right to challenge the accuracy of the information contained in it, a provision that is not included in the FOIA. The individual also may authorize a third party access to information or copies of these records. In addition, the parent of a minor or the legal guardian of an individual who has been declared to be incompetent may act on behalf of the individual.

Whenever the FOIA is cited in a request, even if not needed, we must maintain certain statistical data for the annual report required by the Congress. The special controls and additional paperwork required for FOIA requests merely increases the time it normally takes us to answer a request. Therefore, in the interest of saving time, we urge that the FOIA not be cited in requests such as the one that we are responding to at this time. Please be assured that no information or record will be withheld that would be released under FOIA procedures.

Thank you for your cooperation.

Julian Okeayainneh, c/o 20515112
federal Correctional Complex - Low
P.O. Box 9000
Seagoville, TX 75159

NRP DATE:

_3-1-18_

FOR THE CHIEF,
Civilian Reference Branch

NATIONAL PERSONNEL RECORDS CENTER
Civilian Personnel Records
1411 Boulder Blvd
Valmeyer, Ill 62295

NATIONAL PERSONAL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

2018 MAR -1 PM 12: 57

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as
amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I
am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by
   a United States Attorney General, under 28 USC §541, for the
   following United States Attorney:
(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) Gregory G. Brooker - U.S.District Court - District of Minnesota - Minneapolis Division.

2) A copy of the document pertaining to the commission/appointment by
   a United States Attorney General, under 28 USC §542, for the
   following Assistant United States Attorney(s):
(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Division.
(C) Jeffrey Paulsen - U.S.District Court - District of Minnesota - Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following
   individuals, pursuant to 5 USC §2906, for the Oath of Office required
   by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker - (District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue - (Assistant U.S. Attorney).
(D) John Docherty - (Assistant U.S. Attorney).
(E) Jeffrey Paulsen - (Assistant U.S. Attorney).
4) A copy of the previous and current assignment/posting(s), for the
   above individuals, and the dates the postings began and ended.
   (A, B, C, D, & E).

The FOIA also provides that if only portions of a file are exempted
from release, the remainder must be released. I therefore request that
I be provided with all non-exempt portions which are reasonably
segregable. I of course reserve my right to appeal the withholding or
deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive
a reply within 20 working days. If any of these documents do not exist,
please inform me of this in writing.

Dated: 20 February, 2018

"Without Prejudice"

By: Julian Okeayainneh, c/o; 20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas [75159]

# REPLY TO INQUIRY (NCP)

DATE:

3/20/2018

SUBJECT:

B TODD JONES

Your Reference

Date of Inquiry:03-01-2018

*The answer to your inquiry is furnished below. This abbreviated form of reply has been adopted as a means of supplying information in a timely manner.*

THE INFORMATION REQUESTED, OATH OF OFFICE & CERTIFICATE OF APPOINTMENT ARE NOT RELEASABLE UNDER FREEDOM OF INFORMATION ACT GUIDELINES.

JULIAN OKEAYAINNEH, C/O20515112
FEDERAL CORRECTIONAL COMPLEX
PO BOX 9000
SEAGOVILLE, TX 75159

NATIONAL PERSONNEL RECORDS CENTER
☐ Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132-5100

☒ Civilian Personnel Records
1411 Boulder Boulevard
Valmeyer, IL 62295

**NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**

**NA FORM 13018 (9-85)**

NATIONAL PERSONAL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

2018 MAR -1  PM 12: 57

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:
(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) Gregory G. Brooker - U.S.District Court - District of Minnesota - Minneapolis Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Division.
(C) Jeffrey Paulsen - U.S.District Court - District of Minnesota - Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker - (District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue - (Assistant U.S. Attorney).
(D) John Docherty - (Assistant U.S. Attorney).
(E) Jeffrey Paulsen - (Assistant U.S. Attorney).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
(A, B, C, D, & E ).

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

Dated: 20 February, 2018

By:    "Without Prejudice"
       Julian Okeayainneh, c/o; 20515112.
       Federal Correctional Complex-Low
       Post Office Box 9000
       Seagoville, Texas [75159]

# REPLY TO INQUIRY (NCP)

DATE:

3/20/2018

SUBJECT:

GREGORY G BOOKER

Your Reference

Date of Inquiry:03-01-2018

*The answer to your inquiry is furnished below.  This abbreviated form of reply has been adopted as a means of supplying information in a timely manner.*

THE INFORMATION REQUESTED, OATH OF OFFICE & CERTIFICATE OF APPOINTMENT ARE NOT RELEASABLE UNDER FREEDOM OF INFORMATION ACT GUIDELINES.

JULIAN OKEAYAINNEH, C/O20515112
FEDERAL CORRECTIONAL COMPLEX
PO BOX 9000
SEAGOVILLE, TX 75159

NATIONAL PERSONNEL RECORDS CENTER
☐ Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132-5100

☒ Civilian Personnel Records
1411 Boulder Boulevard
Valmeyer, IL 62295

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

NA FORM 13018 (9-85)

NATIONAL PERSONAL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

2018 MAR -1 PM 12: 57

Dear Sir or Madam,

   This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:
(A) B. Todd Jones - U.S. District Court - District of Minnesota - Minneapolis Division.
(B) Gregory G. Brooker - U.S. District Court - District of Minnesota - Minneapolis Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Erika R. Mozangue - U.S. District Court - District of Minnesota - Minneapolis Division.
(B) John Docherty - U.S. District Court - District of Minnesota - Minneapolis Division.
(C) Jeffrey Paulsen - U.S. District Court - District of Minnesota - Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker - (District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue - (Assistant U.S. Attorney).
(D) John Docherty - (Assistant U.S. Attorney).
(E) Jeffrey Paulsen - (Assistant U.S. Attorney).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
   (A, B, C, D, & E).

   The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

   As provided in the Freedom of Information Act, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

Dated: 20 February, 2018

By: *Without Prejudice*

Julian Okeayainneh, c/o; 20515112
Federal Correctional Complex-Low
Post Office Box 9000
Seagoville, Texas [75159]

| # REPLY TO INQUIRY (NCP) | DATE: 3/20/2018 |
|---|---|

| SUBJECT:  ERIKA R MOZANGUE | Your Reference  Date of Inquiry:03-01-2018 |
|---|---|

*The answer to your inquiry is furnished below.  This abbreviated form of reply has been adopted as a means of supplying information in a timely manner.*

THE INFORMATION REQUESTED, OATH OF OFFICE & CERTIFICATE OF APPOINTMENT ARE NOT RELEASABLE UNDER FREEDOM OF INFORMATION ACT GUIDELINES.

JULIAN OKEAYAINNEH, C/O20515112
FEDERAL CORRECTIONAL COMPLEX
PO BOX 9000
SEAGOVILLE, TX 75159

NATIONAL PERSONNEL RECORDS CENTER
☐ Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132-5100

☒ Civilian Personnel Records
1411 Boulder Boulevard
Valmeyer, IL 62295

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

NA FORM 13018 (9-85)

| | DATE: |
|---|---|
| # REPLY TO INQUIRY (NCP) | 3/20/2018 |

| SUBJECT: | Your Reference |
|---|---|
| JOHN DOCHERTY | Date of Inquiry:03-01-2018 |

*The answer to your inquiry is furnished below.  This abbreviated form of reply has been adopted as a means of supplying information in a timely manner.*

THE INFORMATION REQUESTED, OATH OF OFFICE & CERTIFICATE OF APPOINTMENT ARE NOT RELEASABLE UNDER FREEDOM OF INFORMATION ACT GUIDELINES.

JULIAN OKEAYAINNEH, C/O20515112
FEDERAL CORRECTIONAL COMPLEX
PO BOX 9000
SEAGOVILLE, TX 75159

NATIONAL PERSONNEL RECORDS CENTER
☐ Military Personnel Records
    9700 Page Avenue
    St. Louis, MO 63132-5100

☒ Civilian Personnel Records
    1411 Boulder Boulevard
    Valmeyer, IL 62295

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION                    NA FORM 13018 (9-85)

# EXHIBIT K

NATIONAL PERSONNEL RECORDS CENTER
1 Archives Drive,
St. Louis. Missouri [63138]


Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:
(A) B. Todd Jones – U.S.District Court – District of Minnesota – Minneapolis Division.
(B) Gregory G. Brooker – U.S.District Court – District of Minnesota – Minneapolis Division.


2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Erika R. Mozangue – U.S.District Court – District of Minnesota – Minneapolis Division.
(B) John Docherty – U.S.District Court – District of Minnesota – Minneapolis Division.
(C) Jeffrey Paulsen – U.S.District Court – District of Minnesota – Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544.
(A) B. Todd Jones – (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker – ((District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue – (Assistant U.S. Attorney).
(D) John Docherty – (Assistant U.S. Attorney)
(E) Jeffrey Paulsen – (Assistant U.S. Attorney).
4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
   (A, B, C, D, & E ).

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.

Dated: 20 February, 2018

"Without Prejudice"

By: _(signature)_
Julian Okeayainneh, c/o; 20515112
Federal Correctional Complex-Low
Post Office Box. 9000
Seagoville, Texas [75159]

7014 2870 0002 3258 9509

NATIONAL PERSONNEL RECORDS CENTER

1 ARCHIVES DRIVE   ST LOUIS, MO 63138-1002
*www.archives.gov*

**NATIONAL
ARCHIVES**

March 5, 2018

JULIAN OKEAYAINNEH #20515112
FEDERAL CORRECTIONAL
COMPLEX-LOW
PO BOX 9000
SEAGOVILLE, TX 75159-9000

RE:      **Veteran's Name:  OKEAYAINNEH, Julian**
           **SSN/SN:**
           **Request Number:  2-21396810076**

Dear Recipient:

Thank you for contacting the National Personnel Records Center.

The National Personnel Records Center does not store documentation for
commissioning/appointments of US Attorneys.  As such, your documentation is being returned
without further action.  You may contact the address below for further information.

Kevin Krebs, Assistant Director, FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
600 E Street, NW, Room 7300
Washington, DC 20530-0001

If you have questions or comments regarding this response, you may contact us at 314-801-0800
or by mail at the address shown in the letterhead above.  If you contact us, please reference the
Request Number listed above.  If you are a veteran, or a deceased veteran's next of kin, please
consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

*Alex Kellmeyer*

ALEXANDER KELLMEYER
Archives Technician (AFN-MC2B)

**We Value Our
Veterans' Privacy**
*Let us know if we have
failed to protect it.*

---

**Please complete our on-line survey.**  We really want to know how we did answering your request.
Go to **www.archives.gov/veterans/survey** and enter your request number 2-21396810076.
The survey should only take a few minutes and is used to help improve service to our customers.

NATIONAL PERSONNEL RECORDS CENTER
1 Archives Drive,
St. Louis. Missouri [63138]


Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA), as
amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I
am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by
   a United States Attorney General, under 28 USC §541, for the
   following United States Attorney:
(A) B. Todd Jones - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) Gregory G. Brooker - U.S.District Court - District of Minnesota - Minneapolis Division.


2) A copy of the document pertaining to the commission/appointment by
   a United States Attorney General, under 28 USC §542, for the
   following Assistant United States Attorney(s):
(A) Erika R. Mozangue - U.S.District Court - District of Minnesota - Minneapolis Division.
(B) John Docherty - U.S.District Court - District of Minnesota - Minneapolis Division.
(C) Jeffrey Paulsen - U.S.District Court - District of Minnesota - Minneapolis Division.

3) A copy of the Appointment Affidavits preserved for the following
   individuals, pursuant to 5 USC §2906, for the Oath of Office required
   by 5 USC §3331 and 28 USC §544:
(A) B. Todd Jones - (District of Minnesota U.S. Attorney).
(B) Gregory G. Brooker - ((District of Minnesota Acting U.S. Attorney)
(C) Erika R. Mozangue - (Assistant U.S. Attorney).
(D) John Docherty - (Assistant U.S. Attorney)
(E) Jeffrey Paulsen - (Assistant U.S. Attorney).
4) A copy of the previous and current assignment/posting(s), for the
   above individuals, and the dates the postings began and ended.
   (A, B, C, D, & E).

The FOIA also provides that if only portions of a file are exempted
from release, the remainder must be released. I therefore request that
I be provided with all non-exempt portions which are reasonably
segregable. I of course reserve my right to appeal the withholding or
deletion of any information.

As provided in the Freedom of Information Act, I will expect to receive
a reply within 20 working days. If any of these documents do not exist,
please inform me of this in writing.
                                        ~ Without Prejudice"
Dated: 20 February, 2018            By:
                                        Julian Okeayainneh, c/o; 20515112
                                        Federal Correctional Complex-Low
                                        Post Office Box 9000
                                        Seagoville, Texas [75159]

Page 1 of 1

NATIONAL PERSONNEL RECORDS CENTER
1 ARCHIVES DRIVE
ST. LOUIS, MO 63138-1002

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Forwarding Service Requested



U.S. POSTAGE >> PITNEY BOWES

ZIP 63138  $ 000.45
02 1W
0001384551 MAR 07 2018

FIRST CLASS

JULIAN OKEAYAINNEH #20515112
FEDERAL CORRECTIONAL
COMPLEX-LOW
PO BOX 9000
SEAGOVILLE, TX 75159-9000

BBBBISMP  75159

# EXHIBIT L

NATIONAL PERSONAL RECORDS CENTER
(Civilian Personnel Branch)
1411 Boulder Boulevard,
Valmeyer, Illinois [62295]

Dear Sir or Madam,

    This is a request under the Freedom of Information Act (FOIA), as amended 5 USC §552, in conjunction with the Privacy Act 5 USC §552a. I am requesting the following information:

1) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §541, for the following United States Attorney:

(A) Nicole Guzman – U.S. Department of Homeland Security – District of Arizona – Eloy Arizona Division.

2) A copy of the document pertaining to the commission/appointment by a United States Attorney General, under 28 USC §542, for the following Assistant United States Attorney(s):
(A) Sarah L. Hartnett – U.S. Department of Homeland Security – District of Arizona – Eloy Arizona Division/District.
(B) Danielle Sigmund – U.S. Department of Homeland Security – District of Arizona – Eloy Arizona Division/District.
3) A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 USC §2906, for the Oath of Office required by 5 USC §3331 and 28 USC §544:
(A) Nicole Guzman – (U.S. Chief Counsel – DHS).
(B) Sarah L. Hartnett – (Assistant District Counsel – DHS).
(C) Danielle Sigmund – (U.S. Acting Deputy Chief Counsel – DHS).

4) A copy of the previous and current assignment/posting(s), for the above individuals, and the dates the postings began and ended.
    (A), (B) AND (C).
    The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

    As provided in the Freedom of InformationAct, I will expect to receive a reply within 20 working days. If any of these documents do not exist, please inform me of this in writing.  "Without Prejudice"

Dated: 27 December, 2017 Anno Domini.    By: _Julian Okeayainneh_
                                  Julian Okeayainneh, c/o: 20515112
                                  Federal Correctional Complex-Low
7016 0910 0001 9164 2094           Post Office Box 9000
                                  Seagoville, Texas [75159]

# EXHIBIT M

## FREEDOM OF INFORMATION ACT REQUEST

Kevin Krebs - (Assistant Director)
EXECUTIVE OFFICE FOR U.S. ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
600 EAST STREET, NW.,
SUITE 7300,
WASHINGTON, DC [20530]

Dear Sir or Madam,

This is a request under the Freedom of Information Act (FOIA) as amended under 5 USC § 552, in conjunction with the Privacy Act 5 USC § 552(a). I am requesting the following information:

1) A copy of the conclusion and findings of my Crminal complaint filed in January of 2012, of a possible prosecutor's misconduct against **Ann M. Anaya (Ausa)** during the relevant time period prior to trial, working out of United States District Court, District of Minnesota, in Criminal Case No: 0: 11-CR-00087-MJD-JJK-1.

2) A copy of the information of records pertaining to why the Department of Justice (DOJ) suddenly terminated **Ann M. Anaya's [Ausa]** employment in April of 2013 as Assistant U.S. Attorney, in the U.S. District Court, District of Minnesota.

3) A copy of the authority terminating **Ann M. Anaya (Ex-Ausa)**'s employment under the Department of Justice, to cease and desist from exercising the duties and functions of an Assistant United States Attorney, effective April of 2013.

The **FOIA** also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all non-exempt portions which are reasonably segregable. I of course reserve my right to appeal the withholding or deletion of any information.

As provided in the Freedom of Information, I will expect to receive a reply within **20 working** days. If any of these documents do not exist, please inform me of this in writing.

Respectfully submitted,

"Without Prejudice"

By: [signature]

Dated:  26th April, 2018.

Julian Okeayainneh, c/o:20515112
Fedral Correctional Complex-Low
Post Office Box 9000
Seagoville, Republic of Texas
America     near     [75159]

Page 1 of 1

7014 2870 0002 3257 8237

# EXHIBIT N

CERTIFIED MAIL TICKET NUMBER: **7014 1200 0000 3187 3830**

# FREEDOM OF INFORMATION ACT APPEAL

TO: **Director,**
  **OFFICE OF INFORMATION POLICY (OIP)**
  U.S.DEPARTMENT OF JUSTICE
  SUITE 11050,
  1425 NEW YORK AVENUE, NW.,
  WASHINGTON, DC. [20530-0001]

RE: **"Request Numbers: FOIA-2017-003409, AND,**
   FOIA -2018-000143"

Director of **(OIP)**,

    This is to appeal the partial denial of my request as to **FOIA-2017-003409**, and the denial of my request as to **FOIA-2018-000143** for information pursuant to the Freedom of Information Act, 5 U.S.C. §§ 552 & 552a

    On November 7, 2017, I received two letters, One with assigned Request Number: **FOIA-2017-003409**, received on September 28, 2017 **(a copy of which is attached hereto as Exhibit A)** and the other with assigned Request Number: **FOIA-2018-000143**, received on October 10, 2017 **(a copy of which is attached hereto as Exhibit B)** from your agency - partial denying of **FOIA-2017-003409** request **(a copy of which original is attached hereto as Exhibit A1).** I trust that upon examination of these communication you will conclude with applicant that by not releasing records to the other named individuals and releasing only the record to **"Greg Brooker,"** contradicts 5 U.S.C §§ 552 & 552(a) and the Redacted Name of Personnel who Administer the **"Oath of Office for, Greg Brooker"** on January 2, 2001, is needed for further meaningful reasonable investigation; and, denying of **FOIA-2018-000143** request **(a copy of which original is attached hereto as Exhibit B1),** which I also trust that upon examination of these communication you will conclude that the information I am seeking should be disclosed.

    As provided for in the Act, I do expect to receive a reply within twenty (20) working days.

    If you decide not to release the requested information then it will remain my option to take this matter to federal court.

                    Respectfully submitted,
                    "Without Prejudice"

Dated: 13th November, 2017     By: _[signature]_
                    Julian Okeayainneh, c/o:20515112 - In pro se
                    Federal Correctional Complex-Low
                    Post Office Box 9000
                    America

Page 1 of 1



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. Julian Okeayainneh
Register No. 20515-112
Federal Correctional Institution      Re:      Appeal No. DOJ-AP-2018-001168
P.O. Box 9000                                          Request No. FOIA-2017-003409
Seagoville, TX 75159                                MWH:ADF

**VIA: U.S. Mail**

Dear Mr. Okeayainneh:

You appealed from the action of the Executive Office for United States Attorneys
(EOUSA) on your Freedom of Information Act request for access to the appointment affidavits
and oaths for four Assistant U.S. Attorneys located in the United States Attorney's Office for the
District of Minnesota. I note that you initially also requested previous assignments and postings
for these four individuals. However, you do not contest EOUSA's action on this portion of your
request in your appeal.

After carefully considering your appeal, I am affirming, on partly modified grounds,
EOUSA's action on your request. The FOIA provides for disclosure of many agency records. At
the same time, Congress included in the FOIA nine exemptions from disclosure that provide
protection for important interests such as personal privacy, privileged communications, and
certain law enforcement activities.

EOUSA properly withheld certain information because it is protected from disclosure
under the FOIA pursuant to 5 U.S.C. § 552(b)(6) and it is reasonably foreseeable that disclosure
of this information would harm the interests protected by this provision. This provision concerns
material the release of which would constitute a clearly unwarranted invasion of the personal
privacy of third parties.

As to your appeal concerning the adequacy of EOUSA's search for responsive records
subject to the FOIA, I have determined that EOUSA's response was correct and that it conducted
an adequate, reasonable search for such records.

It appears that the subjects of your request were formerly employed by EOUSA. The
National Personnel Records Center (NPRC), which is part of the National Archives and Records
Administration (NARA), bears primary responsibility for maintaining records of former federal
government employees. If you wish to submit a request to the NPRC for these records, please

- 2 -

follow the instructions provided at https://www.archives.gov/st-louis/civilian-personnel or by writing to the following address:

> National Personnel Records Center, Annex
> 1411 Boulder Boulevard
> Valmeyer, IL 62295

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

2/21/2018

X _Sean O'Neill_

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP

U.S. Department of Justice

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. Julian Okeayainneh
Register No. 20515-112
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX 75159

Re:    Appeal No. DOJ-AP-2018-001170
       Request No. FOIA-2018-000143
       CDT:ADF

**VIA: U.S. Mail**

Dear Mr. Okeayainneh:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for access to the appointment affidavits and oaths for four Assistant United states Attorneys located in the United States Attorney's Office for the Central District of California.

After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it could locate no responsive records subject to the FOIA in its files. I have determined that EOUSA's action was correct and that it conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U,S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison

- 2 -

for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

1/12/2018

X _(signature)_

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: CHRISTINA TROIANI

# EXHIBIT O

CERTIFIED MAIL TICKET NUMBER: **7014 2870 0002 3257 8725**

## FREEDOM OF INFORMATION ACT APPEAL

**TO: Sean R. O'Neill**, (Chief, Administrative Appeals Staff)
OFFICE OF INFORMATION POLICY **(OIP)**
U.S. DEPARTMENT OF JUSTICE
SUITE 11050,
1425 NEW YORK AVENUE, NW.,
WASHINGTON, DC [20530-0001]

**RE: "Appeal No. DOJ-AP-2018-001168,
Request No. FOIA-2017-003409,
MWH:ADF**

**Greetings:**

    This is to appeal the denial and refusing to release copies of information requested, to wit: **[Oath of Offices & Certificate of Appointments ]** pursuant to Freedom of Information Act, 5 **U.S.C. §§** 552, 552(a) as directed by your office in your response received to retrieve such information, as - **"The National Personnel Records center (NPRC) is part of the National Archives and Records Administration (NARA), and bears primary responsibility for maintaining records of former federal government employees."**

    In March of 2018, I received a response without further explanation and citing no authority to support and in support of their stance, decision and position in refusing to release and disclose the requested copies of documents as directed by your office ( copies of which is attached hereto as **EXHIBIT A** ). I trust that upon examination of these communication and response of denial, you will conclude with applicant that by refusing to release records pertaining and regarding the other subjects and named individuals, contradicts 5 **U.S.C. §§** 552 **and** 552(a) and that the information I am seeking must be disclosed.

    As provided for in the Act, I do expect to recieve a reply within twenty (20) working days.

    If you decide not to release the requested information then it will remain my option to take this matter to federal court.

Respectfully submitted,

**"Without Prejudice"**

Dated: **9 April, 2018**

By: *[signature]* **Julian Okeayainneh, c/o: 20515112**
Federal Correctional Complex-Low
Post Office Box 9000
America

# EXHIBIT P

CERTIFIED MAIL NUMBER: **7016 0910 0001 9164 2063**

## FREEDOM OF INFORMATION ACT APPEAL

**TO:** Director,
OFFICE OF INFORMATION POLICY **(OIP)**
U.S. DEPARTMENT OF JUSTICE
SUITE 11050,
1425 NEW YORK AVENUE, NW.,
WASHINGTON, DC. [20530-0001]

> **RE:** "FOIA APPEAL ON, Request Number: FOIA-
> 2018-001014, Subject of Request: AUSA
> Oath (Hartnett) - EOUSA Personnel"

Director of **(OIP),**

This is to appeal the denial of my request as to **-FOIA-2018-001014,** for information pursuant to the freedom of Information Act, 5 U.S.C. §§552 & 552(a)

On December 26, 2017, I received a response, with assigned request Number: **FOIA-2018-001014,** which the department received on November 29, 2017 **(a copy of which is attached hereto as Exhibit A)** from your agency-**"Revealing no responsive records regarding the subject."** of **FOIA-2018-001014** request, **(a copy of which original is attached hereto as Exhibit A1).** I trust that upon examination of these communication, you will conclude with applicant that by not releasing records regarding the subject and named individual, contradicts 5 U.S.C. §§ 552(a) and that the information i am seeking should be disclosed.

As provided for in the Act, I do expect to receive a reply within twenty (20) working days.

If you decide not to release the requested information then it will remain my option to take this matter to federal court.

Respectfully submitted,

**"Without Prejudice"**

Date: 28 December, 2017          **By:**

Julian Okeayainneh,c/o:20515112 - Pro  se
Federal Correctional Complex-Low
Post Office Box 9000
America

Page 1 of 1



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. Julian Okeayainneh
Register No. 20515-112
Federal Correctional Complex
Post Office Box 9000
Seagoville, TX  75159

Re:   Appeal No. DOJ-AP-2018-002076
      Request No. FOIA-2018-001014
      MWH:PJA

**VIA:  U.S. Mail**

Dear Mr. Okeayainneh:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for access to records concerning an individual named Sarah L. Hartnett. I note that your appeal concerns the adequacy of the search for records responsive to your FOIA request.

After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it could locate no responsive records subject to the FOIA in its files. I have determined that EOUSA's action was correct and that it conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll

- 2 -

free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

3/1/2018

X

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

| PLAINTIFF Julian Okeayainneh, c/o:20515112 | COURT CASE NUMBER 318-CV1195-K |
|---|---|
| DEFENDANT NATIONAL PERSONNEL RECORDS CENTER - FOIA STAFF | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Director, OR Office Holder, NATIONAL PERSONNEL RECORDS CENTER/FOIA STAFF |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 1411 BOULDER BOULEVARD, VALMEYER, ILLINOIS [62295] |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Julian Okeayainneh, c/o;20515112 Federal Correctional Complex-Low Post Office Box 9000 Seagoville, Republic of Texas America      near      [75159] | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                    Fold

**Director, Or Office Holder**
NATIONAL PERSONNEL RECORDS CENTER, ANNEX - (Civilian Personnel Records)
1411 BOULDER BOULEVARD
VALMEYER, ILLINOIS [62295]      **Fax: (618) 935-3014**

| Signature of Attorney other Originator requesting service on behalf of: ~Without Prejudice~ *[signature]* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE May 7, 2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date ___ | Time ___ ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**1. CLERK OF THE COURT**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Julian Okeayainneh, c/o:20515112 | 318-CV1195-K |
| DEFENDANT | TYPE OF PROCESS |
| U.S. DEPARTMENT OF JUSTICE /EOUSA | |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Kevin Krebs, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS/FOIA-Privacy Unit |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 600 EAST STREET, N.W., SUITE 7300, WASHINGTON, D.C. [20530] |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Julian Okeayainneh, c/o:20515112<br>Federal Correctional Complex-Low<br>Post Office Box 9000<br>Seagoville, Republic of Texas<br>America          near      [75159] | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                                  Fold

Kevin Krebs - (Assistant Director, FOIA/Privacy Unit)
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
DEPARTMENT OF JUSTICE
600 EAST STREET, N.W., SUITE 7300,
WASHINGTON, D.C. [20530]
**Phone: (202) 252-6020**

| Signature of Attorney other Originator requesting service on behalf of: *Without Prejudice Okeayainneh* | XX PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>May 7, 2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:   1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**1.   CLERK OF THE COURT**

U.S. Department of Justice
United States Marshals Service
Case 3:18-cv-01195-BK    Document 3    Filed 05/10/18    Page 87 of 90    PageID 90

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF  Julian Okeayainneh,c/o:20515112 | COURT CASE NUMBER  318-CV1195-K |
|---|---|
| DEFENDANT  NATIONAL PERSONNEL RECORDS CENTER - FOIA STAFF | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  Director, OR Office Holder, NATIONAL PERSONNEL RECORDS CENTER/FOIA STAFF |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  1411 BOULDER BOULEVARD, VALMEYER, ILLINOIS [62295] |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Julian Okeayainneh,c/o;20515112  Federal Correctional Complex-Low  Post Office Box 9000  Seagoville, Republic of Texas  America        near        [75159] | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                              Fold

**Director, Or Office Holder**
NATIONAL PERSONNEL RECORDS CENTER, ANNEX - (Civilian Personnel Records)
1411 BOULDER BOULEVARD
VALMEYER, ILLINOIS [62295]          **Fax: (618) 935-3014**

| Signature of Attorney other Originator requesting service on behalf of:  "Without Prejudice"  Ogaiwih | [X] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER  N/A | DATE  May 7, 2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date | Time | [ ] am  [ ] pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

CLERK OF THE COURT
1.

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Julian Okeayainneh, c/o:20515112 | **318-CV1195-K** |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| U.S.DEPARTMENT OF JUSTICE /EOUSA | |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | **Kevin Krebs**, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS/FOIA-Privacy Unit |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 600 EAST STREET, N.W., SUITE 7300, WASHINGTON, D.C. [20530] |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Julian Okeayainneh, c/o:20515112<br>Federal Correctional Complex-Low<br>Post Office Box 9000<br>Seagoville, Republic of Texas<br>America       near       [75159] | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                    Fold

Kevin Krebs - (Assistant Director, FOIA/Privacy Unit)
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
DEPARTMENT OF JUSTICE
600 EAST STREET, N.W., SUITE 7300,
WASHINGTON, D.C. [20530]
**Phone: (202) 252-6020**

| Signature of Attorney other Originator requesting service on behalf of | XX PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>May 7, 2018 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**1. CLERK OF THE COURT**

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



U.S. POSTAGE
PAID
DALLAS, TX
75225
MAY 09 18
AMOUNT
**$0.00**
R2304N117152-04

75242

Special Mail.

7014 2870 0002 3257 8497

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE STREET,
ROOM 1452,
DALLAS, TEXAS [75242-1003]

RECEIVED
MAY 10 2018
CLERK, U.S. DISTRICT OF TEXAS

Julian Anyaimeh, c/o:20515112
Federal Correctional Complex-Low
Post Office Box 9000
Forrest City, Republic of Texas
[75159]
near
America

Special Mail:

